# VANDERHEIDER LAW OFFICE

February 7, 2005

The Honorable Donovan W. Frank
Judge, United States District Court
Warren E. Burger Federal Building
316 N. Robert St., Suite 738
St. Paul, MN 55101-1461

Re: *United States v. Lenice Sykes Givens*
Crim. No. 02-261(2)(DWF/SRN)

Dear Judge Frank:

I apologize for the delay in responding to your letter. I had to pull the file from storage as it had been closed for some time.

In response to your letter regarding the above-referenced case and sentencing, I do not believe this is a matter to be taken up by this Court. This appears to be an administrative matter for the Bureau of Prisons at the Carswell facility. After discussing this with Mr. Scott, I agree that this matter is more appropriately filed in the Northern District of Texas. After my notes and the Judgment in this case, it appears that the sentence reflected on the document follows the agreement reached between counsel for both parties and the Court.

If you need further information from me, please do not hesitate to contact me.

Sincerely,

/s/Nancy R. Vanderheider

NRV
Cc: Lenice Sykes

P.O. BOX 270742 | WHITE BEAR LAKE, MINNESOTA | 55127
TELEPHONE: 651/340-6142 | FAX: 651/340-6143
EMAIL: NRVANDER@COMCAST.NET

PDF created with pdfFactory trial version www.pdffactory.com