# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 05-3757

| | | |
|---|---|---|
| Lenise Skinner Sykes, | * | CR-02-261(2)DWF/SRN |
| Petitioner, | * | |
| | * | |
| vs. | * | On application for Permission to file a Successive Habeas Petition |
| | * | |
| United States of America, | * | |
| Respondent. | * | |

Before MELLOY, FAGG, and SMITH, Circuit Judges.

**JUDGMENT**

Petitioner's petition for authorization to file a successive habeas application in the district court is denied. Mandate shall issue forthwith.

(5544-010199)

April 20, 2006

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
APR 25 2006
U.S. DISTRICT COURT ST. PAUL